

3:25-CV-108-KDB

**STATE OF NORTH CAROLINA** **GENERAL COURT OF JUSTICE**

**COUNTY OF MECKLENBURG** **DISTRICT COURT DIVISION**

FILED
CHARLOTTE, NC
FEB 12 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

*PLAINTIFF* Derritt R. Swearington -v- *DEFENDANTS* Federal Trade Commission

*In Case Number :* **16-CVD-010391**

---

**FRUAD: AFFIDAVIT WARRANT TO SEIZE PROPERTY, 18U.S.C.&3107APPLICATION FOR A STAY DEMAND ADEQUATE ATTORNEY REPRESENTATION 18U.S.CODE&3006A, BILL SHEET ATTORNEY FEES, LEASE AGREEMENT, RULE 21 MISJOINDER , 1003 LEGISLATIVE HISTORY-18 U.S.C. & 666 DEPARTMENT OF JUSTICE, 18 U.S.C. CH.81: PIRACY AND PRIVATEERING UNITED STATES CODE, FEDERAL RULE OF CIVIL PROCEDURE RULE 11 , 41 U.S.C. & 6503 BREACH OF CONTRACT, WITHDRAWING FROM REPRESENTATION RULE 1:16 LARSON & TAYLOR , FEDERAL CRIME OF IDENTITY THEFT 18 U.S.C.& 1028, 15USC1692d & 806 Harassment or Abuse , Rule 26 Computing Time 15USC1692l&814Administrative Enforcement , 15U.S.Code&1117Recovery For VIOLATION OF RIGHTS, Rule 44 Right to and Appointment, Rule 15 , Federal Register Rule of Practice and Procedure Deposit Insurance, Pro-Se Taxable Cost Civil Procedure 54 in 28 U.S.C.& 1920 ,**

---

Case Status Note :

Derritt Swearington -v- Paul Cox, David Bouza, case : 16CVD-10391 and Case: 3:17CV254

Derritt Swearington -v-Larson & Taylor Case : 18-CVS-22974 and Case : 18-CVS-1359

---

**(1). FEDERAL RULE OF CIVIL PROCEDURE 21 : MOTION A MISJOINDER;**

Governs the removal of parties: ( William Berry , Bauerfeind U.S.A. , Viscoped S. Insoles):

Case: 16-CVD-10391 and the separation of claims against parties , party is improperly joined to lawsuit 16 CVD 10391 criminal or civil.

***SWEARINGTON***

***THONICS SHOES***

EQUIPMENT LEASE AGREEMENT

THE LESSOR

( As Recorded in item 1 of the Table below)

Owner : Derritt R. Swearington

(1 of 9) and (A thru S 1.19 page 19)

**Definitions :**

1.1 In this agreement the following words shall bear the meanings assigned to them below :

This is not a verbal agreement or heresay or any outsider , No party influence of any companies or person , Mother, Father, wife , X-wife , Mother-in -law , Father-in-law , Brother-in -law , Sister-in-law , No son , No daughter, No kin folks , No sister, No brother, No friends , No girl friend , No boy Friend, No he/she Partner or X-Partnerships, No X-Partnership Contract , X-Partnership Companies or Corporation, No Employee , No Law Firm of any kind, No X-Employees , No A.I. or Look a like Robots , No Espionage spying act of obtain secrets about a person company, governments or other entity spying . No so call Ghost , No so call Lumen , No so call Luminati , No so call shape shifter, or No Hollywood stunt actors .

This Lease agreement is only legally sign by Thonics shoes owner Derritt Raymon Swearington a black American male , born in the state of Jackson Mississippi of Hinds Co. on July 17 , 1961 by a human mother call Josie Swearington.

1.1.1. "Agreement" shall mean this agreement together with patent numbers : U.S. patent 5,056,509 Ankle Brace (case number 3:00-cv-229LN *Swearington -v- Kaepa U.S.A. )* : annexures hereof which annexures shall be read as if specifically incorporated herein .

1.1.2 "Business" day shall mean any day of the week , exuding Saturday, Sunday, and official public holidays in the : U.S.

1.1.4. "Equipment" shall mean the items as detailed in item 1 in 6 of the above in below table :

1.1.5. "Lessee" shall mean the lessee whose full and further details are set out in item 2 of the below table :

1.1.6. "Lessor" shall mean the Lessor Derritt Swearington ; whose full and further details are set out in item 1 of the above table :

1.1.7. "Parties" shall mean the Lessee and the lessor Derritt Swearington collectively , and only means two as the context indicates .

1.1.8. Buyer shall mean the amount paid to the Lessor Derritt Swearington each unit Kaepa Brace shoes, by the Lessee in terms of item 1 in 7 of the above and below table in consideration for sell of the Equipment .

1.1.9. By each unit Kaepa Ankle Brace shoes

1.1.10. Term shall mean the duration of this agreement as recorded in item 1 in 4 of the above table;

1.1.11. "Termination Date" shall mean the date of the agreement as: Past to Present agreement , Terminate as recorded in item 1 and 5 of the above in below table .

**2.1. Interpretation:**

Clause heading in this agreement are used for 5,056,509 Ankle Brace and convenience devices only and shall be ignored in its interpretation .

2.4. Where in this agreement , provision is made for parties . To agree on or grant approval min respect of any matter , such agreement or approval shall only be valid and binding on The Swearington Thonics Shoes . thereto in question . If reduced to writing and signed in ink by the duly authorized represented of such .

2.7. The rule of construction in terms of which an Swearington Thonics ankle brace shoes (5,056,509)  agreement shall be interpreted against the party responsible for its drafting shall not apply .

2.8. The elusdem-generis rule shall not apply and or support and accordingly , Ortho Ten inc., Kaepa Brace shoe . Be construed so as to limit the ambit of the provision concerned .

2.9. Where an expression has been defined , Derritt Swearington signature whether in clause 1 above ( No X-Partnership Paul Cox ) or elsewhere and such definition contains a provision conferring right or imposing an obligation on any party with Swearington , then in now notwithstanding that it is contained only in a definition, To the present day of the agreement which is 2025 effect shall be given to that provision as if it were a substantive provision contained in the body of the agreement { Exhibits (F)p.1(A) p.1-2 protect referenced property up to $7,500.00 upon submission by Swearington agreed to paid receipts for said expenses Cox shall reimburse within five (5) days of receipt $3075.00 Lawyer fees which Mr. Cox has not pay on April 5, 1991 . given Mr. Cox by June 3, 1991 the agreement is no longer in affect by April 4 (void) and Mr. Cox refused ( Certified Mail # P 376 770 370 ) back to sender April 4, 1991. If royalties by Swearington provide Cox with detailed accounting and disbursements associated with the patent development and marketing of referenced property . In the event a business or corporation is formed to import , manufacture and/ or market the invention convey (7.5%) to Cox.  which is Cox in Bouza Developed of Kaepa Brace Shoes .

**3. Introduction:**

3.1 The Lessor is the Owner of the equipment; exhibit(T) ( Ankle Brace 5,056,509 and exhibit(X) C-bar Insole 07, 268,072) which it desires to lease to the said lessee Africa shoe companies for the term .

3.2. The Lessee is desirous of leasing the equipment from the lessor as set out in clause

3.1. Above

3.3. The parties wish t enter into an agreement on the teams specified herein relating to the equipment on the terms as set out herein below .

4. "Equipment "

4.1. The Lessee Africa shoe companies has the right of use and enjoyment of Thonics ankle brace 62,921,931 in 5,056,509 ankle brace equipment in return for payment of the rental until the termination date, if any.

**5. Commencement Duration and Extension of the agreement :**

5.1. This Agreement shall commence on the commencement date or such time of the lessee termination of the lease .

**6. Rental :**

6.1. The lessor Thonics shoe shall invoice the lessee on a monthly basis on the delivery of the ankle brace in shoe . In a cashier check in advance made out The amount of Rental due and payable by the lessee said Africa shoe companies to the lessor Thonics shoes on the date set out in item 8 of the above table .

**7. Return of the Equipment :**

7.1. In the event of a Breach in the Advance payment or other Breach the lessor shall immediately upon demand by the lessor (Derritt R. Swearington ) return to the lessor the Equipment (Exhibit : (F)(A) U.S. Patent 5,056,09 and Exhibit (X) pending number : 07268,072 in the same condition clean in clear patent rights and excepted that same was provided to the lessee (Paul Cox 2815 Suncrest Dr. Jackson Mississipp 39212) .

7.2. Should the lesser fail and /or refuse to return the equipment to the equipment wheresoever found and remove ,18U.S.C.A &3107 seizure by FBI keep thereof at its sole election as the rightful; Taxation :(Paul Cox ): failure to pay Personal responsibility to Derritt Swearington royalty.

owner of the equipment .

**8. Warranties By The Lessor** Derritt R. Swearingtton .:

8.1. The Lessor warrants that he is the owner of the equipment ( U.S. Patent 5,056,509) of the (law firm Larson & Taylor )and as such is authorized to enter into This agreement .

**9. Warranties** By The Lessor :Derritt Swearington

9.1. The Lessee Warrants That :

9.1.1. The equipment shall be used only for the purpose for the purpose do which it is intended Thonics shoes 5,056,509 ankle applied and mount to the lessor shoes or boots with their logo in name .

9.1.4. Should the equipment (inventor Derritt Swearington Oct. 15, 1991 US Patent Ankle Brace 5,056,5090 in ) ( US pending C-Bar Insole 07,268,072 be damaged or stolen , the lessee Kaepa Shoe law firm (Larson & Taylor) shall immediately communicate the events to the lessor by certify mail signature by: (Derritt Swearington 6130 Pineburr Rd. Apt. #416 , Charlotte NC. 28211 and call : 704-977-6616 ) The lessee shall further provide to the lessor a copy of the police report and docket number for insurance purpose (fraud) . Where it was necessary for the damage or theft to be reported to the U.S. patent office for renew.

9.1.5. He/She shall not sublease from ( Paul Cox , David Bouza owner of Strength shoes or Kaepa shoe company ) in: Cede rights or allow of the equipment ,(5056,509 : with the prior permissionof the lessor Thonics shoe and Derritt Swearington .

9.1.6. All information as provided to the Lessor Derritt Swearington including the address at which the equipment shall be housed shall be true and correct.

9.2. The Lessee here by grants that it understands and accepts that failure to adhere to any one or more of the warranties contained in this clause shall constitute a breach of this agreement . and may result in the termination of this agreement at the sole discretion of (fraud by): ( Paul Cox in his patent attorney Law firm Larson & Taylor of Virginia Washington DC) Fraud to the plaintiff Derritt Swearigon Lessor :

**10. Exclusion of Liability:**

10.1 one hundred percent of royalties with one hundred percent interest ; Cashier check made to ( Derritt R. Swearington) : (3 Trillion Dollars)

**11. Damage To Equipment :**

11.1. Should the equipment be (fraud)  : damage at The U.S. Patent office Maintenances

11.1.1. Destroyed or damaged to such an extent as to render it substantially or wholly unfit to be used for the purpose for which it is intended ( A lease agreement legally sign in delivered from Derritt Swearinton ) : Then subject to the lessor ; claiming damages ( all 100% royalties from Oct. 15, 1991 to present date of 2025 ): either party shall  be entitled to termination this agreement with effect from the date of such destruction or damage or and upgrade patent rights) .

**12. Breach :**  (fraud) from Paul Cox

12.1. Should either party ( Paul Cox /Law firm Larson & Taylor )  commit any breach of any term intentionally Fraud, Robbery, of the U.S. Patent 5,506,509 ankle brace . Employee Embezzlement , Espionage condition undertaking , warranty in representation .contained in this agreement

12.1.1. should such breach be incapable of being remedied .

12.2. Then ( Paul Cox delivery payment to U.S. Patent Maintenance Fees to his patent attorney Larson & Taylor ) unless the parties agree in writing that such breach can be remedied by the payment of money in respect of any loss ( U.S. Patent 5,056,509 ankle brace ) The other party Derritt Swearington shall be entitled (money royalties $ 100 Trillion dollars ) at its election ( Lesser 2014 Federal Trade Commission) ($10 billion payment)  with prejudice to any other rights  which it may have in terms of this agreement or at law, either USCA Patent Laws, (fraud)
.

12.2.1. To require the defaulting party to make specific performance ( Kaepa U.S.A. of Dallas **Texas case number 3:00cv229LN)  .13. Dispute Resolution and Arbitration  :**

13.1. Save as otherwise contained herein payments held by U.S. Patent office and Federal Trade Commission office should any dispute arise between the parties in connection with this agreement , the parties shall attempt on the basis of good faith to settle such dispute by way of used equipment.

13.2.  If either Party provides written notification to the other that such attempt has failed then each party shall attempt to agree upon the appointment of a suitably qualitied mediator with 10 (ten) days of such dispute being referred .

13.4 The arbitration shall be :

13.4.1. held within the jurisdiction set out in item 7 in 9 in 11 in 12 of the above table .

13.4.2. Conducted in the English language

13.4.3. Held before a single arbitrator ( case 16 CVD-010391)

13.4.4. Subject to the provisions pf this clause 13 , conducted in accordance with arbitration Foundation of ( State of North Carolina County of Mecklenburg general Court of Justice District Court Division )

13.4.5. Held as soon as is reasonably practicable in the circumstances and with a view to it being completed within 30(thirty) business days of the date of the arbitration notice .

**14. Successors :**

14.1. This Agreement shall be binding on the successors of the lessor

**15. Entire Agreement:**

15.1. This agreement constitutes the entire agreement and under standing of the parties and supersedes and merges any and all prior proposals , (Fruad) understandings and agreements oral and written between the parties concerning the subject mater here of . exhibit: (T) (U.S. Patent 5,056,509 Ankle Brace)

**16. Domicilium Citandi ET Executandi :**

16.3.3. if delivered be presumed to have been received on the date of delivery.

| | |
|---|---|
| Derritt R. Swearington | Lynette Richter |
| 6130 Pineburr Road | Caseflow Management St. 3420 |
| Apt. # 416 | 832 East Fourth St. |
| Charlotte N.C. 28211 | Charlotte N.C. 28202 |
| (704) 977-6616 | Ph. (704)686-0188, |

______________________ ______________________

Lessor  Lessee

This Done and Signed at _________ on this the ______day of ___________20_____

AS Witnesses

1. ____________________
2. ____________________

___________________________

Lessor

This Done and Signed at __________ on this the _________day of _________20____

As Witnesses

1. ____________________
2. ____________________

**BILL SHEET**

*Plaintiff: Demand payment of (100 Trillion Dollars)*

Derritt R. Swearington
6130 Pineburr Road
Apt. # 416
Charlotte NC. 28211
(704) 977-6616

Lynette Richter
Caseflow Management,Ste 3420
832 East Fourth St.
Charlotte NC. 28202
PH. 704-686-0188, FX:704-0310

sign------------------------------------------------------Jan. Feb/12 2025

Derritt R. Swearington

A:

**11 U.S. Code & 362-Automatic Stay :**

(a) Except as provided in subsection (b) of this section , an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970 , operates as a stay , applicable to all entities of :

(1) Continuation , order of the judge in case number 16-CVD-10391 to get and attorney cause I could not as a _pro-se in not a attorney:_ including , of process of a judicial , proceeding against the debtor *that was represented by their Pro-Se*, commencement of the case under this title *patent infringement 5,056,509 ankle brace ,* to recover a claim against the debtor that arose before the commencement of the case under this title : Kaepa U.S.A. Brace shoes Fraud; Forfeiture, 5,056,509 .

(2) The enforcement , 5,056,509 Ankle Brace , against the debtors *( Paul Cox , Larson &Taylor ) :* against property of the estate *5,5056,509 ankle brace :* of a judgment obtained before the commencement of the case under this title : Fraud , Forfeiture .

(3) Any act to obtain possession of property from the estate to exercise control over property of the estate ; 5,056,509, ankle brace .

(5)any act to create , in enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title ; Fraud , Forfeiture .

(6) any act to collect *, relief $100 Trillion Dollars* recover a claim against the debtor that arose before the commencement of the case under this title : _Adequate Attorney Representation :_

(8) The continuation of a proceeding before the United States Tax Court concerning a tax liability of the debtors taxable period concerning the tax liability of a debtor who are individual for a taxable period ending before the date of the order for relief under this title*: $100 Trillion Dollars reported to the IRS.*

(2)(A) The Continuation of a civil action case: *16-CVD-10391 in proceeding Application to Stay .*

(i) For the establishment of paternity; *5,056,509 ankle brace*

( C ) with respect to the withholding of income that is property of the estate in property of the vendors debtors for payments of a domestic support obligation under judicial.

B:

(F) of the interception of a tax refund , ($ 100 Trillion Dollars ) as specified in section 464 and 466(a)(3) of the Social Security Act State law .

(G) of the enforcement of a medical obligation , *( ankle in foot support)* as specified under title IV of the Social Security Act; .

(4) Continuation of an action or proceeding by a governmental unit exercising authority under the Convention on the Prohibition of the Development , *( 5,056,509 ankle brace s )* : Stockpiling and Destruction *(Swearington Thonics Lease Agreement ) :* opened for signature to enforce such governmental units regulatory power , including the enforcement of a money judgment , *$100 Trillion Dollars* obtained in action proceeding by the governmental unit to enforce such governmental units .

(6) under of this section of the exercise by a commodity broker, forward contract merchant , stockbroker, financial institution , financial participant securities clearing agency of any contractual right as defined in section 555 or 556 under any security agreement or arrangement of ***illegal vendor (Kaepa U.S.A.) of 5,5056,509 ankle brace*** Credit enhancement forming a , related to commodity contract, forward contract , securities contract or of any contractual right as defined in section 555 or 556 to offset net any value , payment amount or other transfer obligation arising under or in connection with more such contracts ,(Branch)(Exhibit: (A)(B)(F) Paul Cox agreement : including any master agreement for such contracts . ( Exhibit: (X)(T)(Z) *Patent Attorney Larson&Taylor and U.S. Patent 5,056,509 Ankle brace .*

(9) under subsection (a)

(A) an audit by a governmental unit to determine tax liability

(B) the issuance to the debtor by a governmental unit of a notice of tax deficiency;

(C) a demand for tax returns *$ 100 Trillion Dollars*

(D) the making of an assessment for any tax and issuance of a notice and demand for payment of such an assessment , it proceeds are transferred out of the estate to the multiple vendors debtors.

(10) under subsection (a) of this section of act by a lessor Derritt Swearington Thonics shoes , to the debtor under a lease of real property that has the stated term of the lease before the commencement of Thonics Shoes lease agreement during a case under this title to obtain possession of such property. Case 16-CVD-10391.

(11) under subsection (a) of this section of the presentment of a negotiable instrument and the giving of notice of and protesting dishonor of such an instrument : *(Z)(T) 5,5065,509 Ankle Brace shoe* .

C:

(14) under (a) of this section , *Federal Trade Commission:* of any action by an accrediting agency regarding the accreditation status of the debtors *( Paul Cox, and Larson & Taylor):* as an educational.

(18) under subsection (a) of the creation of a statutory lien for an ad valorem property tax.

On real property *Relief Demand of $100 Trillion Dollars:* imposed by a governmental unit, IRS: If such tax comes due after the date of the filing of petition:

(19) under subsection (a) of withholding of income from a debtor's wages and collection of amounts withheld, Exhibit:( T) Larson&Taylor U.S. Patent 5,056,509 in Exhibit : (A) Paul Cox , Cox Athletics Inc. Agreement $100 Trillion Dollars under the debtors agreement authorizing that withholding and collection for the benefit of a pension . profit-sharing stock other plan established under section 401,403,408,408A. 414, 457,501(c) of the Internal Revenue Code of 1986, that is sponsored by the employer of the debtors , ( Paul Cox in Larson & Taylor)

(21) under subsection (a) of any act to enforce any lien security interest in real property : Exhibit : (A) U.S. Patent 5,056,509 , in Exhibit (Z) Brace shoes.

(22) subject to subsection (a)(3) of the continuation of any eviction , Exhibit :(T)(F) unlawful detainer action case : 16-CVD-10391 (fraud) similar proceeding by a lessor a debtors involving residential property in which the debtor resides as a tenant under a lease agreement and with respect to which the lessor Derritt Swearington has obtained before the date of the filing of the bankruptcy petition: exhibit: (F) June 4, 1991 (VOID)in Back to sender certify mail : a notice for possession of such property against the debtor .

(23) under subsection (a)(3) Exhibit (T)(S)(Z): *U.S. Patent 5,056,509 Ankle Brace :* of a eviction action that seeks possession of the residential property in which the debtor resides as a tenant under a lease Exhibit (A)(F): *Cox agreement* base on endangerment of such property is the illegal use of controlled substances on such property, *5,056,509 Ankle Brace* : but the lessor Derritt Swearington files with the courts, Kaepa U.S.A. -v- Swearington case 3:00CV 229LN: and Swearington -v- Federal Trade Commion 16-CVD-10391: and serves upon the debtors , Paul Cox and Larson & Taylor, a certification under penalty of perjury that such an eviction action has been filed . has property 5,056,509 ankle brace illegally used on the property*; fraud 5,056,509.*

(25) under subsection (a) of :

(A) the continuation of an investigation by a securities regulatory organization to enforce such organization's regulatory power. FBI and IRS.

D:

(26) under subsection (a) of the setoff under applicable :*Application of stay:* nonbankruptcy law of an income tax refund, *$100 Trillion Dollars:* by a governmental unit, *Federal Trade Commion:* with respect to a taxable liability for a taxable period that also ended before the date of the order for relief , *$100 Trillion Dollars :* legality of a tax liability. The court , on the motion of the trustee *Derritt R. Swearington: of 6130 PINEBURR Road , Apt.#416 Charlotte North Carolina 28211. Ph. ( 704)977-6616:* and after notice and a hearing , grant the taxing .

(27) under subsection (a) of the exercise by a master netting agreement participant of any contractual right , arrangement; *exhibit (B)(Z)(A)(F): 41 U.S.C. & 6503 Breach of Contract is a civil matter , with elements of criminality such as fraud in theft:* related to any master netting agreement , *Patent attorney Larson & Taylor: Exhibit :(S)(Swearington -v- Kaepa U.S.A. 3:00CV-229LN ).* To offset net out any termination value, for each individual contract covered by the master netting agreement in issue ; *U.S. Patent 5,056,509 Ankle Brace : Indemnity -vs- Breach of Contract: Recovery of Losses influence the scope of financial recovery available to the indemnified party Derritt Swearington: 15 U.S. Code & 1117 Recovery for violation of rights: and Fraud in obtaining renewal of a registration amounts to fraud in obtaining a registration within the meaning of section 14(c) of the Lanham Act. Torres v. Cantine Torresella S.r.l., 808 F.2d 46,1 USPQ2d 1483 (Fed.Cir. 1986). And Applicant (Larson & Taylor ) committed fraud by including* Exhibit(B)(A)(S): *certain services in its revised identification when it knew that it had not used the mark in connection with those services; Amended notice of opposition asserting fraud. ; Grand Canyon West Ranch, LLC v. Hualapai Tribe, 88 USPQ2d 1501 (TTAB 2008):*

(29) of this section of any action by :

(A) an amateur sports organization : *U.S patent 3,546,796 exhibit (S) Kaepa U.S.A. brace Shoes* as define of title to replace a national governing body , *U.S. Patent 5,056,509 Ankle Brace*

(A) The time the case is closed

(4) with respect to stay of an act against real property under subsection (a) by a creditor whose claim is secured by an interest in such real property ; *U.S. Patent 5,056,509 Ankle Brace* the petition was part of a scheme to delay , hinder, and defraud creditors that involved.

(f) Upon request of a party in interest , *Demand $100 Trillion Dollars :* the court, shall grant such relief from the stay provided under subsection (a) of this section as is necessary to prevent irreparable damage to the interest of an entity in property.

E:

(g) In any hearing under subsection (d) or € of this section concerning relief from the stay of any act under subsection (a)

(1) the party requesting such relief has the burden of proof on the issue of the debtors equity in property .

(k) Except as provided in paragraph (2) an individual injured by any willful violation of a stay provided by this section shall recover actual damages , including costs and attorney fees in appropriate circumstances may recover punitive damages .

(ii) The clerk of the court shall immediately serve upon the lessor and the debtor a certified copy of the courts order upholding the lessor's objection.

**Attorney Fees FOIA :**

Be eligible for attorney fees therefore a FOIA plaintiff must have a representational relationship with and attorney .

(1) Additionally , prevailing plaintiffs counsel are obligated to exercise sound billing judgment. This means that counsel for the prevailing party should make a good -faith effort to exclude from a fee request hours that are excessive , redundant or otherwise unnecessary Furthermore the Court of Appeals for the District of Columbia Circuit has prevail ); Badhwar v. U.S. Dept of the Air Force , No. 84-154, slip op. at (D.D.C. Dec. 11, 1986 ) Defendants attempts to decrease fees on the grounds that the plaintiffs did not prevail as to all issues raised are not persuasive . The FOIA requires only that the plaintiff should have substantially prevailed .

(2) Any FOIA plaintiff including a corporation , even a State , that does engage the , 2007) (noting that litigation costs may be awarded to pro-se plaintiffs ) Dorn v. Comm'r No. 03-CV5-39, 2005 WL 1126653 , at $ (M.D. Fla. May 12 2005) (recognizing that pro-se litigant could be entitled to costs , but denying such award because pro-se plaintiff substantially prevailed ); Wheeler , 37 F. Supp. 2d at 411.

Pro-se Derritt R. Swearington demand $100 Trillion Dollars settlement

**18 U.S. Code & 3006A – Adequate Representation :**

Each United States district court , with the approval of the judicial council of the circuit , shall place in operation throughout the district a plan for furnishing representation for any person financially unable to obtain adequate representation in accordance with this section . Representation under each plan shall include counsel and investigative , expert and other services necessary for adequate representation . Each plan shall provide the following :

(H) is entitled to appointment of counsel under the sixth amendment to the Constitution .

F:

(I) faces loss of liberty in a case , 16-CVD-10391 and Federal law requires the appointment of counsel;

(2) Whenever the United States magistrate judge or the court determines that the interests of justice so require, representation may be provided for any financially eligible person who.

(B) Is seeking relief under section 2241,2254,or 2255 of title 28.

(A) Attorney furnished by a bar association or a legal aid agency,

(4) Disclosure of Fees:

(A) Subject to subparagraphs : *Relief demand : $100 Trillion Dollars ;* the amounts paid under this subsection for services in any case shall be made available to the public by the court upon the court's approval of the payment.

(ii) make public only the amounts approved for payment to defense counsel by dividing those amounts into the following categories :

(XII) Other Relief Demand $100 Trillion Dollars a civil matter of settlement .

(D) Considerations The interests referred to in subparagraphs are.

(v) the safety of any person; pro-se Derritt R. Swearington .

(5) Filing Claims ;

A separate claim for compensation and reimbursement shall be made to the district court for representation before the United States magistrate judge and the court , which the attorney provided representation to the person involved . Each shall be supported by a sworn written statement specifying the time expended , service rendered . The court shall fix the compensation and reimbursement to be paid to the attorney, and pro-se Derritt Swearington Demand of relief : $100 Trillion Dollars.

**Federal Rules of Civil Procedure Rule 11 :**

Rule 11 is the primary rule that governs situations *, Patent Law Firm Larson & Taylor* including potential disciplinary action *, U.S. Patent 5,056,509 Ankle Brace :* for filing frivolous or improper pleadings , or other papers with the court, *; U.S Patent & Trademark Office* , essentially , it outlines the conditions under which an attorney could be considered to have acted in a manner warranting: Forgery act of creating in altering a document ***(Swearington Thonics Lease Agreement case : Exhibit (S) : Swearington -v- Kaepa U.S.A. Brace shoes 3:00 CV 229LN)*** with the intent to deceive . an a white -collar crime .

G:

**Breach :**

If a breach involves elements of criminality such as fraud or theft it may be treated as a criminal *matter Exhibit(Z) (S)(F)(B)(T) (A) Paul Cox in Larson & Taylor.*

**Withdrawing from Representation Rule 1:16 Non-Payment violation of Professional Conduct "Fraud " and Identity Theft : Failure to Communicated .**

*(A)* Mandatory Withdrawal ; Under Rule 1.16 (a) patent law firm Larson & Taylor lawyers are required to either decline to represent a client , *Derritt R. Swearington U.S. Patent 5,056,509 Ankle Brace* : When the representation would *result in a 35 years 1991 to 2025 violation* of the rules of withdraw as counsel in a legal case : *Swearington -v- Paul Cox in Larson & Taylor 16-CVD-10391 .* professional conduct in other Laws fraud , 18 U.S.C. & 1028 Identity Theft: *The Larson & Taylor Lawyers mental condition materially* impairs their ability to represent *client : Derritt R Swearington 'Fired " The Larson & Taylor Lawyers has been discharged :*

Lawyers have been subject to professional discipline for failing to withdraw when directed to do So. E.g. In Re Hawthorne Docket #00-145( N.H. Prof. Cond. Comm. Nov 18, 2004 ).

(B) Discretionary Withdrawal
Rules 1.116 (b)(2) ; ***Paul Cox the client of Larson & Taylor :*** persists in a course of action involving the lawyers Larson & Taylor Patent services that the Lawyer reasonably believes to be criminal in fraudulent: Exhibit( Z) (b)(S) Swearington -v- Kaepa 3:00 CV 229 LN.

**Federal Crime of Identity Theft 18 U.S.C. & 1028:**
Identity Theft offenses occur when someone use another personal information for economic gain and take the identity of someone else . These federal offenses usually involve fraud , deception , Mail Fraud , false statements and Misrepresentation of law firm Larson & Taylor . In other words ,Exhibit : (S)(Z) Kaepa U.S.A. someone steals another person identifying information uses stolen identities and copies information without consent of Swearington Thonics Brace Shoes Lease agreement . it should be noted that the majority of identity theft case are prosecuted in a state criminal court . In federal identity theft case the government will only get involved if someone is stealing huge dollar amounts $100 Trillion Dollars and using numerous identification in order to commit other crimes.
**Federal Identity Theft Law ? 18 U.S.C. & 1028 :**

**H:**

18 & U.S.C. & 1028 is the federal statute used by prosecutors to charge someone with identity theft . in other words , its taking another person identity for fraud .

**15 USC 1692d & 806 Harassment Or Abuse:**
A debt collector may not engage in any conduct the natural consequence of which is to harass , oppress . Abuse any person in connection with the collection of a debt. Without limiting the general application of the foregoing ; *11 USC &362 Automatic Stay in Relief $100 Trillion Dollars:* The following conduct is a violation of this section:

(1) The use or threat of use of violence or other criminal means to harm the physical person, *Derritt R. Swearington in His U.S.Patent 5,056,509 Ankle Brace* :reputation *of **only one*** property of person. ***Company KAEPA U.S.A. Brace Shoes Exhibit:(S)(Z)(F)***

(3)The publication of a consumer who allegedly refuse to debt*, Exhibit :( S) Kaepa U.S.A. Brace Shoes case: 3:00229LN;* except to a consumer reporting agency. Exhibit: (A)

(4) The advertisement for sale of debt to coerce payment of the debt. Exhibit : (Z) (F) .

**15USC 1692e False or Misleading representations :**

A debt collector may not use any false , deceptive , or misleading representation or means in connection with the collection of ***only one Kaepa U.S.A. Brace Shoes*** debt. Without limiting the general application of the foregoing , *&362 Automatic Stay in Relief $100 Trillion Dollars* ; the following conduct is a violation of this section :

(1) The false representation or implication that the debt collector is vouched for ,*relief $ Trillion Dollars ;* bonded by *Application to Stay &362* : affiliated with the United States Court. Thereof .
(2) The false representation of : *Patent Law Firm Larson & Taylor;*
    (A) The Amount ***Relief $100 Trillion Dollars*** : legal status of ***only one*** debt ; ***case : 3:00CV229LN. Kaepa U.S.A.***
(3) The false representation that individual is an that communication is from an attorney: ***Patent Law Firm Larson & Taylor:***
(4) The representation that nonpayment of ***relief demand $100 Trillion Dollars*** debt will result in the arrest of person ***Patent Law firm Larson & Taylor :*** the seizure sale of property ***U.S. Patent 5,056,509 Ankle Brace:*** creditor intends to take such action : ***case ; 3:00CV229 LN Kaepa U.S.A. Brace Shoes*** .

I:

The false representation that a sale ***:Exhibit : (Z)(S)(F) U.S. Patent 5.056,509 Ankle Brace Kaepa U.S.A. Shoes:*** transfer of interest in a debt

***(6)*** shall cause the consumer to: ***Fraud U.S. Patent 5,056,509 Ankle brace Shoes***

(A) Lose claim defense to payment of the debt ***: of the U.S.Patent & Trademark Office of 5,056,509 Ankle Brace .***

(7) The false representation other conduct in order to disgrace the consumer .

(9)The use of any written communication which falsely represented to be a document authorized agency of the United States which creates a false impression as to its source authorization.

(10) The use of false representation in deceptive means to attempt to collect debt information concerning a consumer.

**15 USC 1692i & 811 Legal action by Debt Collectors :**

(a) Venue
Any debt collector who brings any legal action on a debt against any consumer shall

(1) In the case of an action to enforce an interest in real property securing the consumer obligation , ***Relief demand $100 Trillion Dollars:*** bring such action only similar legal entity ion which such real property is located .

**15 USC 1692j &812 Furnishing Certain Deceptive Forms :**

(a) It is unlawful to design , form knowing that such form would be use to create the false belief in a consumer that a person other than the creditor of such consumer is participating in the collection of in an attempt to collect a debt such consumer allegedly owes such creditor , Derritt R. Swearington .

(b) Any person who violates this section shall be liable to the extent and in the same manner as a debt collector is liable .

**15 USC 1692k & Civil Liability:**

(a)Amount of Damages ;

Except as otherwise provided by this section , debt collector who fails to comply with provision of this subchapter with respect to person is liable to such person in a amount equal to the sum of Relief Demand of $ 100 Trillion Dollars.

(3)In the case of any successful action to enforce the foregoing liability , the costs of the action , together with a reasonable attorney fee as determined by the court. On a finding by the court that an action under this section was brought in bad faith and for the

J:

purpose of harassment , Case _16-CVD-10391_ the court may award to the plaintiff attorney fees reasonable on relation to the work expended and costs and the IRS.

**15 USC 16921 & 814 Administrative Enforcement :**

(a)Federal Trade Commission:

The Federal Trade Commission shall be authorized to enforce compliance with this subchapter,

Subject to subtitle B of the Consumer Financial Protection Act of 2010 [12 U.S.C 5511 et seq.] For purpose of the exercise by the Fed Trade Commission of its Functions and powers under the Federal Trade Commission Act ( 15 U.S.C. 41 et seq. ) a violation of this subchapter shall be deemed an unfair in deceptive act in practice in violation of that Act. All of the functions and powers of the Federal Trade Commission under the Federal Trade Commission Act are available to the Federal Trade Commission to enforce compliance by person with this subchapter , meets any other jurisdictional tests under the Federal Trade Commission Act , _case 16-CV-10391_ including the power to enforce the provision of this subchapter , in the same manner as if the violation had been a violation of a Federal Trade Commission trade regulation rule .

(b) Applicable provisions law :Subject to subtitle B of Consumer Financial Protection Act of 2010, compliance with requirement imposed under this subchapter shall be enforced under : Rule _54 , 28 U.S.C. & 1920 , Bill of Cost sheet, Motion for Attorney Fees , Federal Register Rule of Practice and procedure the federal Deposit Insurance_ .

***(1)*** Section 8 of the Federal Deposit Insurance Act [12 U.S.C. 1818], by the appropriate Federal banking agency, as defined in section 3 (q) of the Federal Deposit Insurance Act ( 12 U.S.C. 1813 (q) , with respect to --: ***Bill of Costs by DECREE royalty a sum of money use of patent 5,056,509 ankle brace .***

(2)the Federal Credit Union Act [ 12 U.S.C. 1751 et seq. ], by the Administrator of the National Credit Union Administration with respect to Federal credit union.

15 **U.S.C. 1692m & 815 Report to Congress by the Bureau ;**

(a) The Bureau shall make report to the Congress concerning the administration of its function under this subchapter; ***Rule 44 requires 28 U.S.C. & 2403 (a)***

**15 U.S.C. 1692o & 818 Exception for Certain Bad Check Enforcement Programs Operated By Private Entities : *FRAUD exhibit :(F)(B)(T)(A)(S)(Z).***

(2) Conditions of applicability:

(ii) Conforms with the terms of the contract and of the ***; Patent Attorney Law Firm Larson & Taylor.*** 1.10 page 10

K:

(I) only as a result of determination by the _Patent attorney Larson & Taylor_ ; that probanle cause of a bad check violation under penal law exists ; **_Kaepa U.S.A. brace shoes case 3:00 CV 229 LN; Exhibit: (S) ._** ; and that contact with the alleged offender for purposes of participation in the program is appropriate.

(II) where the alleged offender knows , that the alleged bad check violation is the result of theft in forgery of identity theft, **_Exhibit: (B) Special Sport shoe Patent 3,546,796:_** the alleged offender may file a crime report with the appropriate law enforcement agency; **_Exhibit : (F) Eastbay September 1995 catlog Swearington -v- Kaepa U.S.A. ;_** Certain checks excluded :

(3)a check dishonored because of an adjustment to the issuer account by the financial institution holding such account without providing notice to the person at the time check was made , in signature special delivered to **_Derritt R. Swearington 6130 Pineburr Rd. Apt.#416 Charlotte NC 28211._**

(1)State or District Attorney :

The term who are responsible for the prosecution of state crimes and violations of jurisdiction-specific ordinances.

(3) Bad Check violation :

The term bad check violation ; Exhibit: (T)(F) Paul Cox in Larson & Taylor **_U.S. Patent 5,056,509 Ankle Brace_** means a violation of the application State criminal law relating to the writing of dishonored check. **_At the U.S. Patent & Trademark Office ._**

**15U.S. Code & 1117-Recovery for violation of rights :**

(a) Profits ; DAMAGES AND COSTS;

When a violation of any right of the registrant of a mark registered in the Patent and Trademark Office , **_5,056,509 ankle brace_** a violation under section 1125(a) a willful violation under section 1125(c) , shall have been established in any civ*il acti*on arising under this chapter, **_Swearington -v- Kaepa U.S.A case 3:00 CV 229 Ln_** the plaintiff shall be entitle **_DECREE by Royalty a sum of money use of patent 5,056,509 ._**subject to the provisions of section 1111 and 1114 of this title , **_Ankle Brace shoes :_** and subject to the principles of equity to recover (1) defendant's Profits ; **_Paul Cox in Larson & Taylor:_** (2) any damages sustained by the plaintiff**_; a signature Swearington Thonics Lease Agreement_** and (3) the costs of the action **_of a RX Medical Device :_** The court shall assess such profits and damages under its direction **_a $700 dollar shoe device under medical insurance L-CODE :_** In assessing profits the plaintiff shall be

L:

required to prove defendants sales only; Cost ***Too Low***; defendant must prove all

elements of cost . In assessing damages the court may enter according to the circumstances of the case for sum : ***$100 Trillion Dollars ;***

**FEDERAL REGISTER RULES OF PRACTICE AND PROCEDURE**

**Trade Regulation Rule on the use of consumer reviews Testimonials : By the Federal Trade Commission :**

191 The post continued : The world patent marketing security . Team are the kind of guys who are trained to knockout first and ask questions late 188 see FTCv. Roca Labs , Inc 345 F. supp. 3d at 1393-96.189.

The Commission will hold an informal hearing . As specified in section 18 (c) of the FTC Act, 15 U.S.C. 57 a(c) . Issues of material fact necessary to be resolved during an informal hearing . The comment should describe why the person , ***Derritt Swearington***thinks the informal hearing is warranted and include a Summary of their expected testimony . speak at hearing that is held .

**BackGround:**

The Commission Published Repeal trade Regulation Rules the define with specificity act , practices that ae unfair in deceptive in affecting commerce with in the meaning of section 5 (a)(1) of the FTC Act, 15 U.S.C. 45 (a)(1) .

(b) review Hijacking a seller steals , (d) owners writing review publishing testimonials : ***Breach of*** ***Exhibit: U.S. Patent 5,056,509 Ankle Brace (T)(F)(A)(S)(Z)***: clear and conspicuous disclosures of those relationships .
(ii) relatives without instructing them to disclose of their relationships : ***all breach of contract*** ***Exhibit: (H) David Bouza in Exhibit: (A) Paul Cox Exhibit: (T) Larson & Taylor:*** creation in operation of websites : *Exhibits : (E) Eastbay catalog (Z) Kaepa Brace U.S.A. .*

entities that purportedly provide independent of products , ***Kaepa Brace shoes***; in fact created and controlled by; ***Exhibit (H) David Bouza :*** services (f) Misrepresenting that the consumer reviews displayed represent in fact , reviews are being suppressed base upon their by physical threat in unjustified legal threat and other indicators of social media ***(force homelessness )*** hardship on the owner ***Derritt R. Swearington for 35 years*** asking a series of question to inform the Commission determination about reason to believe that such practices are prevalent and how to proceed the Commission responsive.

**II . Summary of Comments to ANPR : 1.12 page 12**

M:

Commission proceeding with a rulemaking ***(Patent Attorney Larson & Taylor ):*** expressed the view that a rulemaking was unnecessary should not apply to the commenter's constituents about the utility of a rulemaking (number 5,056,509 ankle brace ) did not express a clear view on the merits of proceeding came from individual consumers . Comments were submitted by trade associations , sign ***Swearington Thonics Lease agreement in Kaepa U.S.A. Brace shoes:***

platform operators and one by an employee of one such operator ; ***by breach Exhibit : (A) Cox agreement 35 years ago;*** fighting fake reviews an insurance marketing organization ***( Exhibit : (S) Swearingtonv. Kaepa U.S.A. case 3:00 CV 229 LN ):*** .

Concerns about fake consumer reviews and testimonials this rule to extend the FTC power over fraudulent and paid for testimonies . Protection against these types of scams is an integral need to the people of the United States difficulty that many consumers have in identifying fake reviews. One consumer; ***(Derritt Swearington U.S. Patent pending number 62,921,931 ankle brace ) :*** who selected an auto repair shop based upon misleading reviews written by the shop owner ; ***( U.S. Patent 5,056,509 ankle brace ) :*** . Have Been personally harmed by deceptive reviews . The need to punish (Kaepa U.S.A. ) bad actors .

(Yelp) they go to stop fake reviews information about harm caused by fake review practices . Yelp supports civil penalties arrange for pay ; for deceptive reviews , depceptive action by bad actors harm consumers as violating it fraud guidelines . Authorizes the assessment of a financial penalty must be appropriately Targeted design , engage in clearly deceptive and fraudulent practices . Fake reviews watch ***( Kaepa U.S.A. brace shoes )*** a black market for paid ***( Exhibit: (Z)(F) Kaepa brace shoes )*** : State Attorney Genral have brought case challenging fabricated consumer reviews . see complaint 4. Washington v. Alderwood Surgical Cr. LLC, No. 2:2-CV-01835 wash. Dec. 29 , 2022)(creating allegedly fake positive reviews on google, Yelp.).

**PROCEDURES FOR ASYLUM AND WITHHOLDING OF REMOVAL ; CREDIBLE FEAR AND RESON ABLE FEAR REVIEW:**

Department of Justice collectively , published a notice of proposed rulemaking ***( U.S. Paent 5,056,509 Ankle braceand pending 62,921,931 ankle brace )*** that would amend the regulation governing credible fear will have their claims for asylum, **( 5,056,509 and 62,921,931 ).** withholding of removal under section 241 (b)(3) of the immigration Nationality Act. In protection under the regulations issued pursuant to the legislation implementing the Convention Against Torture and in degrading treatment in punishment the department also proposed amendments related to the standards for adjudication of applications for asylum and statutory withholding. This final rule responds to Comments received in response to the NPRM with few substantive changes. 1.13 page 13

N:

**SUPPLEMENTARY INFORMATION:**

**I.Executive Summary of the final Rule:**

On June 15, 2020 the department published an NPRM that would amend the regulations governing credible fear determinations to establish to streamlined proceedings under a clarified standard of review . Procedures for Asylum and withholding of removal ; credible fear and reasonable fear review, 85 FR

36264 (June 15, 2020) .

A. **Authority and Legal Framework :**

- The Department are publishing this final rule pursuant to their respective authorities under the Immigration and Nationality Act as amended by the homeland security Act of 2020 public Law 107-296,116 Stat.2135 The INA as amended by the HAS charges the secretary with the administration and enforcement of this chapter Laws relating to the immigration and naturalization of aliens and granted the secretary the power to take all actions necessary for carrying out the provisions of the immigration and Nationality Laws INA 103 (a)(1) and (3) , 8 U.S.C. 1103 (a)(1) and (3) see HAS sec. 1102, 115, stat. at 2273 – 74; consolidated appropriations resolution of 2003. Public Law 108-7. Sec. 105, 117 stat. 11,531.

**B. Changes in the Final Rule :**

Ninth , the departments are making conforming edits to 8 CFR 208.6 (a) and (b) and 8 CFR 1208.6 (a) and (b) to make clear that to make clear that the disclosure provision of 8 CFR 208.6 and 1208.6 apply to application for withholding of removal ***( Patent Attorney Larson & Taylor U.S. patent 5,056,509 ankle brace ) :*** under The INA and for protection , to INA 207(c) (1) 8 U.S.C. 1157 (c) (1) and 8 CFR Part 207 are subject to the same information disclosure provisions as similar applications for Asylum withholding of removal under the INA and protection under the regulations implementing the cat. The Departments already apply the disclosure provisions to such applications as a matter of policy and see no basis to treat such application differently than those for protection filed by aliens already (U.S. Pending 62,921,931 ankle brace and U.S. Patent 5,056,509) arriving in the United State ( Patent & Trade office *): Eleventh the departments are amending* 8 CFR 208.13 (d)(2)(ii) to reflect that operationally DHS may refer Asylum application on the circumstance of the applicant ( *U.S. Pending 62,921,931 and U.S Patent 5,056,509 )* Sec. 8 CFR 208.14 Twelfth the department are correcting 8 CFR 1208.30 (g) (1)(i)(ii).

**C. Provision of the Final Rule :**

1.**Expedite Removal and Screenings in the Credible fear process:**

O:

1.1**Asylum and with holding only proceedings for Aliens with credible fear**:

DOJ is amending 8 CFR 1003.1 , 8 CFR 1003.42 (f) , 8 CFR 1208.2 , 8 CFR 1208.30 abd 8 CFR 1235.6 and DHS is amending 8 CFR 208.2 © , 8 CFR 298.30 € (5) and (f), and 8 CFR 235.6 (a)(1) so that aliens who establish a credible fear of persecution or a reasonable possibility of torture and accordingly receive a positive fear determination would appear before an immigration judge for asylum and withholding ***case: Kaepa U.S.A. 3:00 CV 229 LN*** proceeding under 8 CFR 208.2 (c)(1) and 8 CFR 1208.2 (c)(1).

**1.5 Amendment to the credible fear screening process:**

DHS is also including consideration of internal relocation in the context of 8 CFR 208.30 €(1)(3), which outline the procedures for determining whether alien have a credible fear of persecution , ***U.S. Patent 3,546,796*** a reasonable possibility of persecution and a reasonable possibility of torture . Considering internal relocation in the credible fear screening context; ***Exhibit (Z)(F)(B) Kaep Brace shoes )*** is consistent with existing policy and ***U.S. patent 5,056,509*** practice and the regulation addressing internal relocation at 8 CFR 208.16 (c)(3)(ii) and 8 CFR 1208 16 (c)(3)(ii) protection under the CAT regulations ); see generally Maldonado v. Lynch 786 F. 3d 1155,1163 (9th Cir. 2015) ( noting the marked difference between the Asylum and CAT regulations concerning internal relocation ); U.S pending 62,921,931 and 5,056,509 ankle Brace.

**Testimonials**

**Trade regulation Rule on the Use of Consumer Review and Testimonials** :

19(a)(2) requires the Commission to first issue a final cease and desist order including resulting appeal. Then to recover money for consumers . The commission must prove separately in federal court that the violator engaged in fraudulent and dishonest conduct 204 The shorter path to Monetary relief is under section 19 (a)(1). Which allows the commission to recover redress directly though a Federal court action and is available only when the commission alleges violation of a rule .

**Summary:**

The Federal Trade Commission (FTC of Commission ) commences a rulemaking to promulgate a trade regulation rule entitled “Rule on the use of Consumer reviews and Testimonials" which prohibit certain specified unfair and deceptive acts and practices involving consumer reviews and testimonials . The Commission finds such practices to be prevalent based on the comments it received in response to an advance notice of proposed rulemaking and other information : ***Exhibit: (A)(5)(F)(Z) discussed in this publication*** ; of

P:

Kaepa U.S.A Brace shoes ; The Commission now solicits written comment, and arguments concerning the utility and scope of the proposed trade regulation rule to prohibit the specified unfair and deceptive act and practices .

**Supplementary Information:**

The Commission invites interested parties to submit data , views and arguments on the questions set forth in section X of this notice of proposed rulemaking (NPRM) The comment period will remain open all comments will be available on the public record and posted at the docket for this rulemaking . if interested ( Kaepa U.S.A. ) party request to present their

position orally The commission will hold an informal hearing as specified in section 18 (c) of of the the FTC Act, 15 U.S.C. 57 a(c) . Person ( Kaepa U.S.A.) interest in making a presentation at an informal hearing must file a comment expressly requesting a hearing in response to the publication , containing a statement identifying their interests in the proceeding issues of material fact necessary to be resolved during an informal hearing . The comment should describe why the person (Derritt Swearington ) thinks the informal hearing is warranted and how they would participate (Kaepa U.S.A. brace shoes ) and include a summary of their expected testimony.

**BILL OF COSTS SHEET SPECIFIC COST ALLOWED 28 U.S.C. & 1920 DEPOSITION COST:**

**Introduction to the Unified Agenda of Federal Regulatory and Deregulate Actions**

**(5) Informational / Administrative :**

A rulemaking that is primarily informational to agency matters not central to accomplishing the agency regulatory mandate but that the agency place in the unified agenda to inform the pubic of the activity.

Major: Under 5 U.S.C. 801 (pub. L. 104-121) because it has resulted in an annual effect on the economy of $100 Billion or more specified in that act. The act provides that the Administrator of the office of information and regulatory affairs will make the final determination as a rule is major .

Unfunded Mandates : the rule is covered by section 202 of the unfunded mandates reform Act of 1995 (Pub.L.104-4) The Act requires that , before issuing and NPRM likely to result in a mandate that may result in expenditures by state tribal governments by the private sector of more than $ 100 Billion in 1 year, at 35 year agencies ( Kaepa U.S.A. Brace Shoe

independent Regulatory agencies , shall prepare a written statement containing an assessment of the anticipated costs and benefits of the federal mandate.

Legal Authority : The section (s) of the United Code ( U.S. C. ) the Executive order (E.O) that authorize (s) the regulatory action . Agencies may provide popular name references to Laws in addition to these citations CFR citation : The section (s) of the code of federal regulation that will be affected by the action .

**List of Subjects in 39 CFR Part 233 & Banks , Banking , Credit, Crime , Penalties , Seizures and Forfeitures:**

**& 233.2 Circulars and Rewards :**


Circulars the inspection service may issue wanted circulars to assist in the apprehension of fugitives in The connection of the ***U.S. Patent 5,056,509 ankle brace :*** postal offenses . The Inspection service may issue service Leading to the arrest and conviction of person for ***Exhibit: (z)(F) Kaepa U.S.a. Brace shoes ) Postal offenses .*** (b)(1) rewards may be paid for amount up to the maximum amount stated : **( $100 Trillion Dollars )** postal under the conditions notice of reward, for information leading to the fugitives sought in connection service leading to the arrest and conviction of persons ***Paul Cox . David Bouza, patent attorney Larson & Taylor ) .*** (I) Robbery and attempted robbery (ii) poison (iii) Burglary (iv) stealing , money , property United States custody patent 5,056,509 ankle brace , destroying U.S patent 5,056,509 Obstructing U.S. Patent 5,056,509 altering in counterfeiting ( Exhibit : (B) 3,546,796: The use in sale of 5,056,509 counterfeited postage stamp 3,546,796. (vii) assault on postal owner Derritt Swearington Hardship force into homelessness (xi) Using Execute a scheme to defraud and obtain Money and property from by false pretenses (xii) David Bouza illegally causing to be CONTROLLER.

**Supervisory Highlight , Issue 32, Spring 2024**

**Consumer Financial Protection Bureau**

2.1.3 CRC Duty to Provide victims of Identity Theft with Summaries of rights:

The FCRA requires CRC upon a consumer contacting the CRC and expressing a belief that they are a victim of fraud in identity theft .

Footnotes :

Consumer reporting company as used in this publication means the same as consumer reporting agency as defined in the fair credit reporting Act 15 U.S.C. 1681 a(f).

1.17 page 17

R:

**TIME:**

**Further Extension of the Flexibility in Evaluating Close Proximity of Time to Evaluate Ongoing Changes in Healthcare.**

Rationale For this Rule:

We are extending the close proximity of time flexibility through may 11, 2029 , to allow for additional time to study changes in healthcare access and provision (*Mental Health Homelessness)* and to account for the ongoing increased use of telehealth services following the PHE . We will evaluate these evolving practices and their effects to determine the appropriate time standard .

Summary of the Changes :

We are making changes based on the Commissioner of Social Security's rulemaking authority specified in section 205 (a) , 702(a)(5), 1631(d)(1), 1631 €(1)(A) and 1633 (a) of the social security act . Under those section the Commissioner may adopt rules regarding among other things the nature and extent of evidence needs to establish benefit eligibility as well as methods of taking and furnishing such evidence .

**Demand of Attorney :**

**Legal Services for Homeless Veterans at Risk For Homelessness Grant Program :**

Department of Veterans Affairs (VA) adopts as final , with changes an interim final rule ( IFR) to implement a new authority requiring VA to award grants to eligible entities that will provide certain legal services for homeless veteran .

Supplementary Information :

The Federal Register (FR) on June1, 2022 ( 87 FR 33025) VA established in new part 79 of title 38 code of federal regulation (CFR), the legal service for homeless veterans grant program required by section 2022A of title 38 United States Code (U.S.C.)

Comments Definition of Veteran:

Veteran in 38 U.S.C. 2002(b) (Which is applicable to VA benefits for homeless veterans as well as 42 U.S.C. 1437 f(o)(19)(D) section 1437 (o)(19)(D) of 42 U.S.C. authorizes rental vouchers Department of Housing and Urban Development (HUD) definition of at risk for homelessness . Including this specific requirement in & 79 . 15(b)(3) we make no changes based on this comment as we defer to HUD definition given they are the Leading Federal Agency on this subject matter.

S:

[signature] Date: Feb 12, 2025

Pro-se Derritt Swearington

6130 Pineburr Road

Apt. # 416

Charlotte NC. 28211

(704) 977-6616

Lynette Richter

Caseflow Management , Ste 3420

832 East Fourth St.

Charlotte NC. 28202

PH. 704-686-0188,

1.19 page 19